**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Gerardo Rosales MARCIAL, Defendant-Appellant.**

**No. 16-50011**

United States Court of Appeals, Ninth Circuit.

Submitted May 24, 2017 [*]

Filed May 31, 2017

Jean-Claude Andre, Assistant U.S. Attorney, DOJ—Office of the U.S. Attorney, Los Angeles, CA, Lawrence Elliot Kole, Esquire, Assistant U.S. Attorney, Office of the U.S. Attorney, Santa Ana, CA, for Plaintiff-Appellee

Michael Tanaka, Deputy Federal Public Defender, FPDCA—Federal Public Defender's Office (Los Angeles), Los Angeles, CA, for Defendant-Appellant

---

[**] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Before: THOMAS, Chief Judge, and SILVERMAN and RAWLINSON, Circuit Judges.

## MEMORANDUM [**]

Gerardo Rosales Marcial appeals from the district court's judgment and challenges the 48-month sentence imposed following his guilty-plea conviction for being an illegal alien found in the United States following deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Marcial contends that the district court erred by applying a 16-level enhancement to his offense level under U.S.S.G. § 2L1.2(b)(1)(A)(ii) (2015) because his prior conviction for making a criminal threat, in violation of California Penal Code § 422, is not a "crime of violence." As Marcial acknowledges, this argument is foreclosed. *See United States v. Villavicencio-Burruel*, 608 F.3d 556, 563 (9th Cir. 2010). We remain bound by *Villavicencio-Burruel*. *See Miller v. Gammie*, 335 F.3d 889, 893 (9th Cir. 2003) (en banc) (three-judge panel is bound by circuit precedent unless that precedent is "clearly irreconcilable" with intervening higher authority).

**AFFIRMED.**

[**] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).